UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BERT TABOR,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br>MICHAEL RAY ROACH, *et. al.*<br>　　　　　　　　Defendants. | Case No. 2:24-cv-02169-MMD-BNW<br><br>ORDER |

Before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Brenda Weksler (ECF No. 9), recommending the Court dismiss this action without prejudice because Plaintiff failed to file proof of service even though Judge Weksler sua sponte extended the deadline by another 30 days. Plaintiff had until May 16, 2026 to file an objection. (*Id.*) To date, Plaintiff has not filed an objection to the R&R. For this reason, and as explained below, the Court adopts the R&R.

Because there is no objection, the Court need not conduct *de novo* review and is satisfied that Judge Weksler did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations."); Fed. R. Civ. P. 72, advisory committee note to 1983 amendment (providing that the Court "need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation"). Judge Weksler recommends dismissal because Plaintiff failed to file proof of service even after the deadline was extended. Having reviewed the R&R, the Court agrees with Judge Weksler and adopts the R&R in full.

It is therefore ordered that Judge Weksler's Report and Recommendation (ECF No. 9) is accepted and adopted in full.

It is further ordered that this action is dismissed without prejudice.

It is further ordered that the Clerk of Court enter judgment accordingly and close this case.

DATED THIS 20th Day of May 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE